```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK         X
----------------------------------------X
IN RE                                    CASE NO. 16-72877
JAMES CONKLIN JR,
                                              3rd Amended
                                         CHAPTER 13 PLAN
                    Debtor(s).
----------------------------------------X
```

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee for a period of 60 months, the sum of:

* $250 commencing JULY, 2016 through and including JUNE, 2021, the last month of the plan.

2. From the payments so received, the trustee shall make disbursements as follows:

(a) Full payments in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507 including Jacoby & Jacoby in the amount of $4500

(b) Holder of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

ALL POST-PETITION PAYMENTS INCLUDING BUT NOT LIMITED TO MORTGAGE, REAL ESTATE TAXES, INCOME TAXES, COMMON CHARGES AND AUTO PAYMENTS TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).

*Bayview* (First mortgage lien holder on the property known as **21 Swan View Dr., Patchogue, NY,** account number ending **7120**) is current pursuant to Order of Modification signed by the Court on May, 23, 2017

(c) Subsequent and/or concurrently with distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

Pro rata distribution to all timely filed proofs of claims not less than 100%

3. The following executory contracts of the debtor are rejected:
   **NONE**

Title to the debtor(s) property shall revest in the debtor upon completion of the plan, unless otherwise provided in the Order confirming this plan

Throughout the term of this plan, debtor agrees that debtor will not incur post-petition debt over $1500.00 without first notifying the Chapter 13 trustee in writing.

Dated: 6/7/17                          /S JAMES CONKLIN JR.

/S Richard Jacoby
Richard A. Jacoby, Esq.
Attorney for Debtor(s)